# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERVIN MIDDLETON, JR.,
Petitioner,
vs.
THE HONORABLE JUDGE MARK
STEVENS, HENDERSON MUNICIPAL
COURT,
Respondent.

No. 81286

**FILED**

JUN 2 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

In this original pro se petition for a writ of mandamus, petitioner appears to seek a writ directing the Henderson Municipal Court to rule on the petition for a writ of habeas corpus he alleges he filed below.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

20-23603

Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.[1]

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.          _____Stiglich_____, J.
Hardesty                                   Stiglich

cc:    Mark Stevens
       Ervin Middleton, Jr.
       Attorney General/Carson City
       Henderson City Attorney

---

[1]Petitioner's failure to provide timely proof of service of the petition constitutes an additional basis upon which to deny relief. NRAP 21(a)(1).